# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:09 CV 51

| | |
|---|---|
| G.E. CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC., | )<br>)<br>) |
|     Plaintiff | )<br>) |
| V | )     **ORDER** |
| CHRISTOPHER H. ECKARD d/b/a COPY PLUS, | )<br>)<br>)<br>) |
|     Defendant | ) |

**THIS MATTER** is before the court on Caren Enloe's Application for Admission to Practice *Pro Hac Vice* of Thomas G. Berndsen. It appearing that Thomas G. Berndsen is a member in good standing with the Missouri Bar and will be appearing with Caren Enloe, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Caren Enloe's Application for Admission to Practice *Pro Hac Vice* (#2) of Thomas G. Berndsen is **GRANTED**, and that Thomas G. Berndsen is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Caren Enloe.

Signed: May 20, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge