# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO.: 5:09CV51-V

| | |
|---|---|
| G.E. CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC., Plaintiff, | )<br>)<br>)<br>) |
| v. | ) **DEFAULT JUDGMENT** |
| CHRISTOPHER H. ECKARD, d/b/a COPY PLUS, Defendant. | )<br>)<br>)<br>)<br>) |

**WHEREAS,** the record in this case reveals that a Complaint was filed in this action on May 8, 2009, and that Summons together with a copy of said Complaint was personally served on the Defendant Christopher H. Eckard ("Eckard") on May 21, 2009; that after entering his appearance on June 4, 2009, and after the Court awarded Eckard an extension of time through June 30, 2009, in which to answer or respond; that under the law the time for pleading or otherwise defending has expired without the Defendant doing so; and that the default of the Defendant was duly entered by the Clerk of Court according to law, upon the request of the Plaintiff, on July 23, 2009;

**NOW, THEREFORE,** the Court concludes that judgment by default should be hereby entered against the Defendant, Christopher H. Eckard, d/b/a Copy Plus, in accordance with the prayer of said Complaint for the sum certain claimed by Plaintiff in documents in the record in this cause, specifically, Exhibit 2 to Plaintiff's Motion; and

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff have and recover of the Defendant the sum of **$89,203.00**, which amount is reflected in Exhibit 2 to Plaintiff's Amended Motion for Default Judgment and Attorneys' Fees, plus prejudgment interest at the legal rate, and statutory attorneys' fees pursuant to N.C. Gen. Stat. §6-21.2 (15% of the outstanding indebtedness at the time suit was filed) in the amount of **$11,306.00**, and the **costs** of this action.

Signed: February 3, 2010

Richard L. Voorhees
United States District Judge